# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DEBORAH SANDOVAL**<br>**SALVADOR SANDOVAL Jr,**<br><br>**Defendants.** | SC No. _____ |

## ORDER

This matter having come before the Court pursuant to the motion of the United States in the above-captioned case finds that the government has filed a new revised complaint for Salvador Sandoval Jr, which has been properly attested to, in order to correct a typographical mistake. The court accepts the second complaint. The court hereby dismisses the original complaint for Salvador Sandoval Jr.

Date:                                                                     _____
                                                                                   UNITED STATES MAGISTRATE JUDGE

cc:   SAUSA LOUIS MANZO
      Assistant United States Attorney
      United States Attorney's Office
      555 Fourth Street, N.W.
      Washington, D.C.  20530