IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal No. 21-mj-242 (GMH) |
| **SALVADOR SANDOVAL, JR.,** | ) ) | |
| **Defendant.** | ) ) | |

### ORDER

UPON CONSIDERATION of Defendant's Motion for Admission of Attorney William T. Kutmus *pro hac vice*, it is hereby:

ORDERED that the Motion for Admission of Attorney William T. Kutmus *pro hac vice* is GRANTED.

Dated: March 8, 2021

SO ORDERED.

_____
Zia M. Faruqui
United States Magistrate Judge