NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                              Criminal Number  1:21-cr-00195-TFH

Salvador Sandoval, Jr.
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[ ] CJA          [■] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Larry E. Tanenbaum (D.C. Bar No. 927301)
_(Attorney & Bar ID Number)_
Tobin, O'Connor & Ewing
_(Firm Name)_
**5335 Wisconsin Ave., NW #700**
_(Street Address)_
**Washington DC      20015**
_(City)           (State)      (Zip)_
(202) 362-5900
_(Telephone Number)_