# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>DEBORAH SANDOVAL<br>SALVADOR SANDOVAL, JR.,<br>    Defendants. | Criminal Case No. 21-cr-00195<br><br><br><br>**DEFENDANT SALVADOR SANDOVAL'S NOTICE OF SELF-DEFENSE** |

**COMES NOW,** Defendant Salvador Sandoval, Jr., by and through counsel, and hereby gives Notice to the Government of his intention to raise the affirmative defense of self-defense (defense of another).

**RESPECTFULLY SUBMITTED:**          **KUTMUS, PENNINGTON & HOOK, PC**

                                                                    /s/ William Kutmus
                                                           William Kutmus AT0004450
                                                           Bill@KPHlawfirm.com

                                                                    /s/ Trever Hook
                                                           Trever Hook AT0003580
                                                           5000 Westown Parkway, Suite 310
                                                           West Des Moines, IA 50266
                                                           Phone: (515) 288-3339
                                                           Fax: (515) 288-8629
                                                           Trever@KPHlawfirm.com
                                                           **ATTORNEYS FOR DEFENDANT**
                                                           **SALVADOR SANDOVAL, JR.**

## CERTIFICATE OF SERVICE

I hereby declare that on July 19, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Mr. Louis Manzo
Department of Justice
1400 New York Avenue NW
Washington, DC  20002

                                                                    /s/ Julie Roberts