UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Case No.: 21-cr-195 |
| | : | |
| **DEBORAH SANDOVAL and** | : | |
| **SALVADOR SANDOVAL** | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Trial Attorney Brian Brady, who may be contacted by telephone at 202-834-1916 or email at Brian.Brady@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Brian Brady*
Brian Brady
Trial Attorney,
Department of Justice
D.C Bar #: 1674360
1301 New York Ave. N.W.,
Suite 800
Washington, DC 20005
(202) 834-1916
Brian.Brady@usdoj.gov