UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 21-cr-195-TFH |
| | : | |
| DEBORAH SANDOVAL and SALVADOR SANDOVAL, | : | |
| | : | |
| Defendants. | : | |

**Government Exhibits**

| 100 Series – Photographic and Video Evidence Deborah Sandoval ||||||
| --- | --- | --- | --- | --- | --- |
| *Ex. No.* | *Description of Exhibit* | *Marked for I.D* | *Received in Evidence* | *Witness* | *Ex. Sent to Jury (date/time)* |
| 101 | Capitol CCTV footage: Senate Wing Door Apx 2:48 p.m. | | | | |
| 101A | Photos from Capitol CCTV footage: Senate Wing Door Apx 2:48 p.m. | | | | |
| 102 | Capitol CCTV footage: Crypt North Apx 2:59 p.m. | | | | |
| 102A | Photos from Capitol CCTV footage: Senate Wing Door Apx 2:59 p.m. | | | | |
| 103 | Capitol CCTV footage: Senate Wing Door Apx 3:05 p.m. | | | | |
| 103A | Photos from Capitol CCTV footage: Senate Wing Door Apx 3:05 p.m. | | | | |
| 104 | Capitol CCTV footage with Defendant Highlighted/Circled | | | | |
| 105 | Photograph of Deborah Sandoval in crowd inside Capitol | | | | |
| 106 | Photograph of Deborah and Salvador Sandoval outside Capitol | | | | |

| 107 | Photograph of Deborah Sandoval inside Capitol by statue | 2 | | | |
| 108 | Video from other rioter's phones | | | | |
| **200 Series – Photographic and Video Evidence Salvador Sandoval** | | | | | |
| 201.1-201.8 | Capitol CCTV footage | | | | |
| 202.1-202.X | Photos from CCTV footage | | | | |
| 203 | Capitol CCTV footage with Defendant Highlighted | | | | |
| 204 | BWC footage of Salvador Sandoval (night) | | | | |
| 205.1-205.2 | Photo from BWC footage of Salvador Sandoval (night) | | | | |
| 206 | Damon Beckley Video | | | | |
| 207.1-207.9 | Photos from Damon Blakley Video | | | | |
| 208 | Joseph Fischer Video 1 | | | | |
| 209 | Photos from Joseph Fisher Video 1 | | | | |
| 210 | Joseph Fischer Video 2 | | | | |
| 211 | Photos from Joseph Fisher Video 2 | | | | |
| 212 | Let us in video | | | | |
| 213.1-213.7 | Pictures from let us in video | | | | |
| 214.1-214.23 | Photos from TrueNews Video | | | | |
| 215 | TrueNews Video | | | | |
| 216 | Photograph of Salvador Sandoval inside Capitol holding phone | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 217 | Photograph of Salvador Sandoval at Rotunda Doors | | | | |
| 218 | Freedom News Picture of Salvador Sandoval | | | | |
| 219 | Picture from outside the Rotunda Doors | | | | |
| 220 | Picture of Salvador's hand on riot shield | | | | |
| 221 | BWC Footage in Capitol | | | | |
| 222 | Photos from BWC Footage in Capitol | | | | |
| 223 | Red Circle of Salvador attacking officer | | | | |
| 224 | Stephen_Ignorams_YouTube video | | | | |
| 224.1 | Clip of Stephen_Ignorams video | | | | |
| 225 | REEL_The Capitol Siege – January 6th – RAW Footage | | | | |
| 226 | Emergency Washington DC Broadcast | | | | |
| 227 | TruNews 44 Min Video at Rotunda Doors | | | | |
| 227.1 | Clip of TruNews 44 Min Video | | | | |
| **300 Series – Cellphone and Social Media Evidence** | | | | | |
| 301 | Video from Deborah Sandoval's Phone during Car Ride | | | | |
| 302 | Photos from Deborah Sandoval's Phone Pictures Report | | | | |
| 303 | Deborah Sandoval Phone Report Page 1, Item Number 9. Election stolen message. | | | | |
| 304 | Deborah Sandoval Phone Report Page 5, Item Number 27. Be ready war message. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 305 | Deborah Sandoval Phone Report Page 5, Item Number 32. We have our guns/fight message. | 4 | | | |
| 306 | Deborah Sandoval Phone Report Page 10, Item Number 44. Join us in DC. | | | | |
| 307 | Deborah Sandoval Phone Report Page 11, Item Number 49. Going to DC/full car message. | | | | |
| 308 | Deborah Sandoval Phone Report Page 12, Item Number 58. We are going to DC message. | | | | |
| 309 | Deborah Sandoval Phone Report Page 12, Item Number 59. We are leaving tomorrow message. | | | | |
| 310 | Deborah Sandoval Phone Report Page 13, Item Number 63. Staying at the Marriott message. | | | | |
| 311 | Deborah Sandoval Phone Report Page 20, Item Number 153. Confronted Antifa at the Capitol message. | | | | |
| 312 | Deborah Sandoval Phone Report Page 12, Item Number 58. We are going to DC message. | | | | |
| 313 | Deborah Sandoval Phone Report Page 43-44, search history: "January 6," "Capitol Breach," "Insurrectionists Attack Capitol." | | | | |
| 314 | Deborah Sandoval Phone Report Page 43, web search "Deleting IOS Apps" how to "delete apps on Iphone," | | | | |
| 315 | Deborah Sandoval Phone Report Page 43, entry 367. Trump train message. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 316 | Deborah Sandoval Phone Report Page 51, web search for "arrest person who took a selfie at the Capitol" and "FBI uses selfies, social posts to arrest US Capitol Rioters." | 5 | | | |
| 317.1-317.105 | Photos from Deborah Sandoval's Phone | | | | |
| 318 | Deborah Sandoval Facebook Report | | | | |
| 319 | Salvador Sandoval Phone Report | | | | |
| 320 | Video from Salvador Sandoval's Phone | | | | |
| 320.1-320.X | Photos from Salvador Sandoval's Phone | | | | |
| 321 | Salvador Sandoval SnapChat Selfie video | | | | |
| 322 | Trump Rally Video | | | | |
| 323 | Deborah Sandoval in Twitter – Bucky Turco Video (D.S.) at 0:23 | | | | |
| 324 | Deborah Sandoval in FaceBook photo | | | | |
| 325 | Parler video of Deborah Sandoval | | | | |
| 326 | Salvador Sandoval FaceBook Photo | | | | |
| 327 | Salvador Sandoval in Archive.org video | | | | |
| 328 | Salvador Sandoval in Court Case Files (DeCarlo and Ochs) | | | | |
| 329 | Salvador Sandoval in USA Today Video | | | | |
| 330 | Salvador Sandoval in Facebook Recording "eugene.ri" | | | | |
| 331 | Twitter – HunterW Photo of Salvador Sandoval | | | | |
| 332 | Fox5Vegas Live Protesters video of Salvador Sandoval | | | | |

| 333 | NTD News video of Salvador Sandoval | | | | |
|---|---|---|---|---|---|
| **400 Series – Physical Evidence** | | | | | |
| 401 | Deborah Sandoval Sweatshirt | | | | |
| 402 | Deborah Sandoval iPhone | | | | |
| 403 | Deborah Sandoval Kodak SD Card | | | | |
| 404 | Deborah Sandoval Sony Video Camera | | | | |
| 405 | Deborah Sandoval Micro SD Card from Sony Camera | | | | |
| 406 | Deborah Sandoval Notebook | | | | |
| 407 | Deborah Sandoval Tracphone | | | | |
| 408 | Deborah Sandoval Disposable Camera | | | | |
| 409 | Deborah Sandoval Dish Thumbdrive | | | | |
| 410 | Salvador Sandoval Toshiba Laptop | | | | |
| 407 | Salvador Sandoval Notebook #1 | | | | |
| 408 | Salvador Sandoval Notebook #2 | | | | |
| 409 | Salvador Sandoval Sweatshirt | | | | |
| 410 | Salvador Sandoval Stocking Cap with Ball | | | | |
| 411 | Salvador Sandoval ONN. USB Thumb Drive | | | | |
| 412 | Salvador Sandoval iPhone | | | | |
| 413 | Salvador Sandoval Sony Memory Stick | | | | |
| 414 | Salvador Sandoval Scandisk Thumbdrive | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **500 Series – Legal and Congressional Records** | | | | | | |
| 501 | Twelfth Amendment to U.S. Constitution | | | | | |
| 502.1-502.4 | 3 U.S.C. §§ 15-18 | | | | | |
| 503 | Congressional Record of the Senate, Wednesday, January 6, 2021 | | | | | |
| 504 | Congressional Record of the House of Representatives, Wednesday, January 6, 2021 | | | | | |
| 505 | Concurrent Resolution, dated January 3, 2021 | | | | | |
| 506 | US Capitol Survey Map | | | | | |
| 507 | Timeline of Election Cert Video | | | | | |
| 508 | Certification of Congressional Videos | | | | | |
| **600 Series – Other** | | | | | | |
| 601 | Capitol Riot Overview Video | | | | | |
| 602.1-602.5 | Photos from Capitol Riot Overview Video | | | | | |
| 603 | LWT CCTV Time-lapse Video | | | | | |
| 604.1-604.2 | Photos from LWT CCTV Time-laps Video | | | | | |
| 605.1-605.2 | Photographs of Area Closed Signs | | | | | |
| 606 | Head of State Notice Email | | | | | |
| 607 | Evacuation of VP Video | | | | | |
| 608 | Evacuation of VP Photos | | | | | |
| 609 | Safeway Business Records and Business Records Certification | | | | | |

| 610 | DC Mayor Citywide Curfew Order | 8 | | | |
| --- | --- | --- | --- | --- | --- |
| 611.1-611.2 | Model of Outside of Capitol | | | | |
| 612 | Capitol Restricted Perimeter Map | | | | |
| 613.1-613.4 | Interior of Capitol Maps | | | | |
| **700 Series – Stipulations** | | | | | |
| 701 | Capitol Buildings and Grounds and Electoral Certification | | | | |
| 702 | Civil Disorder | | | | |
| 703 | USCP and MPD Official Duties | | | | |
| 704 | Identification of Defendant | | | | |
| 705 | Defendants' Cellphone | | | | |