## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-195-TFH |
| | : | |
| DEBORAH SANDOVAL and SALVADOR SANDOVAL, | : | |
| | : | |
| Defendants. | : | |

## Government Exhibits

| 100 Series – Photographic and Video Evidence Deborah Sandoval | | | | | |
|---|---|---|---|---|---|
| *Ex. No.* | *Description of Exhibit* | *Marked for I.D* | *Received in Evidence* | *Witness* | *Ex. Sent to Jury (date/time)* |
| 101 | Deborah CCTV, Phone, and Rioter video montage | | | | |
| 102.1-102.3 | Photos from Capitol CCTV footage: Senate Wing Door Apx 2:48 p.m. | | | | |
| 103 | Crypt footage | | | | |
| 104.1-104.6 | Crypt photos (CCTV and Deborah) | | | | |
| 105 | Crypt CCTV with Deborah's video side-by-side | | | | |
| 106 | Senate office rioter footage | | | | |
| 107 | Senate Wing Door rioter footage | | | | |
| 108.1-108.4 | Pictures from Senate Wing Door area | | | | |
| 109 | Rioter video Senate Wing Door 1 | | | | |
| 110 | Rioter video Senate Wing Door 2 | | | | |
| 111 | ID photo of Deborah and Salvador Sandoval | | | | |

| | 200 Series – Photographic and Video Evidence Salvador Sandoval | | | | |
|---|---|---|---|---|---|
| 201.1-201.5 | Capitol CCTV footage | | | | |
| 202.1-202.6 | Photos from CCTV footage | | | | |
| 203.1-203.4 | MPD officers Lazo, Gatewood, Choi, and Mendoza BWC footage | | | | |
| 204.1-204.37 | Photos from MPD officers Lazo, Gatewood, Choi, and Mendoza BWC footage | | | | |
| 205 | BWC footage of Salvador at night | | | | |
| 206 | Damon Beckley Video | | | | |
| 207.1-207.4 | Photos from Damon Blakley Video | | | | |
| 208 | Let us in video | | | | |
| 209.1-209.3 | Pictures from let us in video | | | | |
| 210 | BWC Table | | | | |
| 211 | Clip of Stephen_Ignorams video | | | | |
| 212 | Emergency Washington DC Broadcast Clip | | | | |
| 213 | TrueNews Video | | | | |
| 214.1-214.23 | Photos from TrueNews Video | | | | |
| 215 | Salvador being pushed out of Capitol | | | | |
| | 300 Series – Cellphone and Social Media Evidence | | | | |
| 301 | Salvador SnapChat Video | | | | |
| 302.1-302.2 | Pictures from Salvador's SnapChat Video | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 303 | Deborah Sandoval Phone Report | 3 | | | |
| 304.1-304.13 | Deborah Sandoval Phone Report message clips | | | | |
| 305.1-305.28 | Deborah Sandoval Phone Pictures | | | | |
| 306.1-306.28 | Deborah Facebook clips | | | | |
| 307 | Video from Deborah's phone | | | | |
| 308.1-308.26 | Salvador Phone Photos | | | | |
| 309.1-309.16 | Salvador Phone Videos and metadata pictures | | | | |
| 310.1-310.6 | Salvador Phone Chats | | | | |
| 311 | Tables of Salvador Videos, title, and time recorded | | | | |
| **400 Series – Physical Evidence** | | | | | |
| 401 | Deborah Sandoval Sweatshirt | | | | |
| 402 | Salvador Sandoval Sweatshirt | | | | |
| 403 | Salvador Sandoval Stocking Cap with Ball | | | | |
| 404 | Salvador Sandoval Black Jacket | | | | |
| 405 | Salvador Sandoval Laptop | | | | |
| **500 Series – Legal and Congressional Records** | | | | | |
| 501 | Twelfth Amendment to U.S. Constitution | | | | |
| 502.1-502.4 | 3 U.S.C. §§ 15-18 | | | | |
| 503 | Congressional Record of the Senate, Wednesday, January 6, 2021 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 504 | Congressional Record of the House of Representatives, Wednesday, January 6, 2021 | | | | | |
| 505 | Concurrent Resolution, dated January 3, 2021 | | | | | |
| 506 | US Capitol Survey Map | | | | | |
| 507 | Timeline of Election Cert Video | | | | | |
| 508.1-508.2 | Certification of Congressional Videos | | | | | |
| **600 Series – Other** | | | | | | |
| 601 | Capitol Riot Overview Video | | | | | |
| 602.1-602.5 | Photos from Capitol Riot Overview Video | | | | | |
| 603 | LWT CCTV Time-lapse Video | | | | | |
| 604.1-604.2 | Photos from LWT CCTV Time-laps Video | | | | | |
| 605.1-605.8 | Photographs of Area Closed Signs, barriers, security measures, and broken widows | | | | | |
| 606 | Head of State Notice Email | | | | | |
| 607 | Evacuation of VP Video | | | | | |
| 608.1-608.2 | Evacuation of VP Photos | | | | | |
| 609.1-609.4 | Safeway Business Records and Business Records Certification | | | | | |
| 610 | DC Mayor Citywide Curfew Order | | | | | |
| 611.1-611.2 | Model of Outside of Capitol | | | | | |
| 612 | Capitol Restricted Perimeter Map | | | | | |
| 613.1-613.4 | Interior of Capitol Maps | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 614.1-614.7 | Photos of LWT crowd, barriers, riot control measures, and cert | 5 | | | |
| 615 | Video of rioters scaling a wall | | | | |
| 616 | LWT early afternoon | | | | |
| 617 | Testimony of United States Secret Service Agent Lanelle Hawa | | | | |
| **700 Series – Stipulations** | | | | | |
| 701 | Capitol Buildings and Grounds and Electoral Certification | | | | |
| 702 | Civil Disorder | | | | |
| 703 | USCP and MPD Official Duties | | | | |
| 704 | Capitol CCTV Cameras | | | | |
| 705 | ID of Defendants | | | | |
| 706 | Salvador Sandoval Cell Phone | | | | |
| 707 | Deborah Sandoval Cell Phone | | | | |

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:

/s/ *Holly F. Grosshans*
Holly F. Grosshans
Assistant United States Attorney
D.C. Bar No. 90000361
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6737
Holly.Grosshans@usdoj.gov

/s/ *Brian D. Brady*
Brian D. Brady
Trial Attorney, Department of Justice
DC Bar No. 1674360
1301 New York Ave. N.W., Suite 800
Washington, DC 20005
(202) 834-1916
Brian.Brady@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2022, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing. Copies of all exhibits except the 400 series were uploaded to USAFx and provided to counsel for both defendants.

> */s/ Brian D. Brady*
> Brian D. Brady
> Trial Attorney