# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>SALVADOR SANDOVAL, JR.,<br>    Defendant. | Criminal Case No. 21-cr-00195 |

## MOTION TO WITHDRAW

COME NOW the undersigned pursuant to LCrR 44.5(d) and moves to withdraw as counsel for Defendant Salvador Sandoval, Jr. in the above captioned matter for the following reasons:

1. Defendant Salvador Sandoval, Jr., has retained Attorney William L. Shipley, Jr. for the sentencing scheduled for April 25, 2023.

2. On February 27, 2023, Attorney William L. Shipley, Jr. entered his Appearance for Defendant Salvador Sandoval, Jr.

3. The undersigned requests that he be allowed to withdraw from representation of Defendant Salvador Sandoval, Jr., as Defendant has retained other counsel for the sentencing scheduled for April 25, 2023, and the undersigned's withdrawal will not delay the proceeding or be prejudicial to any party.

WHEREFORE, the undersigned respectfully requests that his Motion to Withdraw be granted.

Respectfully Submitted,

TOBIN O'CONNOR CONCINO PC

/s/ David C. Tobin
David C. Tobin, DC Bar No. 395959
5335 Wisconsin Avenue, N.W.
Suite 400
Washington, DC 20015
Phone: (202) 362-5900
Fax: (202) 362-6579
dctobin@tobinoconnor.com
**ATTORNEY FOR DEFENDANT
SALVADOR SANDOVAL, JR.**

## CERTIFICATE OF SERVICE

I hereby declare that on March 14, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

William L. Shipley, Jr., Esq.
Brian Beasley, Esq.
Hally Grosshans, Esq.

First class mail notification to:

Salvador Sandoval, Jr.
Alexandria Detention Center 2001 Mill Road
Alexandria, VA 22315

/s/ David C. Tobin
David C. Tobin