UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | Case No. 21-cr-00195-CKK |
| | ) | |
| **SALVADOR SANDOVAL, JR.** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**DEFENDANT SALVADOR SANDOVAL'S MOTION TO CONTINUE SENTENCING**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

NOW COMES Defendant Salvador Sandoval by and through his counsel of record William L. Shipley, Esp., and respectfully request this Honorable Court to continue the current sentencing date and extend all filing deadlines.

On January 23, 2023, Defendant Sandoval was found guilty by Judge Thomas F Hogan of Count (1) Civil Disorder, Counts (2-5) Assaulting/Resisting/Impeding Officers/Employees, Count (6) Tampering With A Witness, Victim Or Informant, Counts (7-9) Temporary Residence Of The President, and Counts (10-12) Violent Entry And Disorderly Conduct On Capitol Grounds.  *See* 12/15/2022 Minute Entry.

On December 16, 2022, Judge Hogan set Defendant Sandoval's sentencing to take place on April 25, 2023. *See* 12/16/2022 Minute Entry.

On January 4, 2023, this case was randomly reassigned to the Honorable Colleen Kollar-Kotelly. *See* EFC. No. 106.  This Court maintained the April 25, 2023, sentencing date. *See* 01/09/2023 Minute Entry.

Attorney Shipley was retained by Defendant Sandoval to handle the sentencing in the above sited case, thus filed a notice of appearance on February 27, 2023. *See* EFC. No. 110.  Following Attorney Kutmus and Hook filed a motion to withdraw. *See* EFC No. 111 and 112.  This Court granted both withdraws March 10, 2023. *See* 03/10/2023 Minute Entry.

Attorney Shipley is set to begin trial in <u>United States v. Christopher Worrell</u> 21-cr-00292- RCL on April 26, 2023.  This case has been reset several times due to Defendant Worrell's medical conditions.  The Honorable Judge Lambert and both counsel for the government and defense want to ensure this such trial moves forward as scheduled.

2

Such request comes to ensure adequate time is allotted to Defendant Sandoval's sentencing based on the need for Attorney Shipley to review al trial materials including exhibits and transcripts and because Attorney Shipley is set to begin another trial on April 26, 2023.

Wherefore, Defendant Sandoval respectfully requests this Honorable Court to continue the current sentencing and reschedule for April 25, 2023 and reset the dates for the sentencing memorandums and objections, if any, to the United States Probation Office Presentence Investigation Report.

Dated: March 28, 2023                    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*