UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-195 (CKK) |
| | : | |
| SALVADOR SANDOVAL, JR. | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT**
**TO LOCAL CRIMINAL RULE 49**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and for clarity of the record, of the following exhibits that were provided to the Court and defense counsel in relation to the government's sentencing memorandum (ECF No. 136). The "Table of GOV Sentencing Exhibits" was attached to the government's sentencing memorandum and describes the pictures and videos that were submitted to opposing counsel and the Court. It is also attached to this notice. These exhibits were provided to the Court and opposing counsel via USAFx and/or a USB thumb drive on July 10 and 11, 2023, and introduced at sentencing on August 7, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Brian Brady*
Brian Brady
Trial Attorney, Department of Justice
DC Bar No. 1674360
1301 New York Ave. N.W., Suite 800
Washington, DC 20005
(202) 834-1916
Brian.Brady@usdoj.gov

1