Table of GOV Sentencing Exhibits

| Exhibit Number | Relevant conduct and time stamps |
| --- | --- |
| 111 | This is a photograph of Sandoval and Deborah Sandoval (D. Sandoval) on Capitol Grounds just outside of the East Rotunda Doors at 3:45 p.m. |
| 202.1 | This is a still from a CCTV camera at 3:15 p.m. which shows Sandoval with his gray hooded sweatshirt (highlighted with a yellow arrow) pushing his way through other rioters in the East Foyer, as he made his way into the Rotunda. |
| 202.2 | This is a still from a CCTV camera at 3:25 p.m. which shows Sandoval assaulting Officer E.C. |
| 202.3 | This is a side-by-side of two different CCTV cameras at 3:25 p.m. These two stills show Sandoval assaulting Officer E.C. |
| 203.1 | This is Officer M.L's body worn camera (BWC) at 3:18 p.m. At this time, Officer M.L. and other police officers are attempting to clear the Rotunda of rioters. There is no sound on this video due to the BWC being recently turned on.<br><br>At the :04 second mark, Sandoval can be seen through Officer M.L.'s riot shield at the center left of the screen reaching for and grabbing the riot shield (**Exhibit 204.1** and **204.2**). At the :05 second mark, Sandoval's hand can be seen in the center of the screen above another rioter's hand on the riot shield. Between :05 and :16, Officer M.L. struggles with Sandoval over the riot shield before releasing it into the mob. At trial, Officer M.L. stated she released it to not be pulled into the mob of rioters. |
| 203.2 | This is Officer K.G.'s BWC in the East Foyer at 3:25 p.m. During this time, Officer K.G. and his fellow police officers are attempting to clear the East Foyer of rioters.<br><br>At the :10 second mark Sandoval can be seen in the center left of the screen wearing a gray hooded sweatshirt pushing on Officer K.G. At the :20 second mark, Sandoval pushes Officer E.C. At the :26 second mark rioters fall to the ground and Officer E.C. and others move to help them from the ground. Between the :30 and :34 second mark, Sandoval can be seen on the left side of the screen moving towards Officer E.C., who is helping rioters. Sandoval then pushes Officer E.C. (**Exhibit 204.4**). Sandoval briefly appears at the :45 second mark on the left side of the screen. He is not seen in the remainder of the exhibit. |
| 203.4 | This is Officer J.M.'s BWC in the East Foyer at 3:27 p.m. During this time, Officer J.M. and his fellow police officers are attempting to clear the East Foyer of rioters using riot shields.<br><br>Between the :45 and :59 second mark, Sandoval and other rioters grab Officer J.M.'s riot shield and attempt to rip it from his hands. At the |

| | |
|---|---|
| | :54 second mark, Sandoval can be seen grabbing Officer J.M.'s riot shield (**Exhibit 204.5** and **204.26**). |
| 204.1 | This is a still frame from Officer M.L.'s BWC (**Exhibit 203.1**). This shows Sandoval, circled in red, moving towards Officer M.L. |
| 204.2 | This is a still frame from Officer M.L.'s BWC (**Exhibit 203.1**). This shows Sandoval's ungloved hand grabbing Officer M.L.'s riot shield. |
| 204.4 | This is a still frame from Officer K.G.'s BWC (**Exhibit 203.2**). This shows Sandoval assaulting Officer E.C. |
| 204.5 | This is a still frame from Officer J.M.'s BWC (**Exhibit 203.4**). This shows Sandoval grabbing Officer J.M.'s riot shield. |
| 204.26 | This is a still frame from Officer J.M.'s BWC (**Exhibit 203.4**). This shows Sandoval (center frame) engaging in a tug-of-war with Officer J.M. in an attempt to take the officer's riot shield. |
| 205 | This is BWC from 5:42 p.m. on January 6, 2021. It shows Sandoval leaving Capitol grounds carrying a "Stop the Steal" sign. |
| 208 | This video is from outside of the East Rotunda Doors between approximately 3 p.m. and 3:10 p.m., before Sandoval entered the Capitol. The first five seconds have no video, only audio. Sandoval appears in a gray hoodie at the :05-:06 second mark on the far right of the screen. The glass windows of the doors are broken as the mob and Sandoval chant, "Let us in." |
| 209.1 | This is a still frame from **Exhibit 208** which shows Sandoval (on the right side) outside the East Rotunda Doors. It also shows the broken glass of the East Rotunda Doors. |
| 213 | This video is from inside the Rotunda at approximately 3:15 p.m. Sandoval can be seen at :13-:14 second mark on the right side of the screen. He is pushing up against a police officer's riot shield in his gray hooded sweatshirt and black beanie with a blue and gray pattern. After a second or two the camera pans down and Sandoval cannot be seen again until the :33 second mark (bottom middle of the screen). Sandoval, again, is pushing against police officer's riot shields. He is visible until approximately the :48 second mark.<br><br>Sandoval appears again at the 1:01-1:02 minute mark (left side of the screen) pushing up against another police officer. At the 1:03 minute mark he is seen pushing the police officer's arm into the air as seen in **Exhibit 214.5**. Sandoval disappears from the video at the 1:10 minute mark and reappears between the 1:22 and 1:30 minute mark. His ability to move to and from the front line of the mob shows he is pushing against the police officers not because he is trapped, but because he is choosing to assault, resist, oppose, impede, intimidate, and/or interfere with the officers.<br><br>Between the 1:30 and 8:20 minute mark, Sandoval cannot be seen in the video. However, the video does show the mob, their chants, and what the police officers experienced on January 6. At the 8:22 minute |

| | |
|---|---|
| | mark, rioters can be seen falling to the ground as Officer E.C. and other police officers attempt to assist them. At the 8:24 minute mark, Sandoval's black jacket can be seen moving through the frame. This was when he pushed Officer E.C., which takes place off screen in this exhibit. Moments later you can see Sandoval's face before he moves off screen. He is not seen again for the remainder of the video. |
| 214.5 | This is a still frame from **Exhibit 213**. This shows Sandoval pushing a police officer's arm into the air in the Rotunda as the police officer attempts to secure the Capitol. |
| 215 | This is footage from outside the East Rotunda Doors at approximately 3:28 p.m. Between the :00 and :04 second mark, Sandoval can be seen being forcibly removed from the Capitol. |
| 301 | This is a SnapChat video recorded by Sandoval on his phone on January 6, 2021. During the video, Sandoval turned the camera to show the now open East Rotunda Doors and record the loud fire alarms. In the video, Sandoval stated, "We busting in."<br><br>At the :09 second mark, the video cuts to a second SnapChat video recorded after Sandoval was removed from the Capitol. During the video Sandoval stated, "Got pepper sprayed in the face and mouth . . . Got out cause I could [need] a break, and there's still people inside." |
| 310.3 | This is a Snapchat message between Sandoval and Individual 1. Individual 1 wrote, "that's cool as hell what are your thoughts on the situation with someone actually being in the mist of it." Sandoval responded, "It's sad that it had to come to this but our country is incredibly corrupt. Sad that a girl was killed and people were hurt but otherwise it was amazing." |
| 310.4 | This is a text message between D. Sandoval and Sandoval on January 6, 2021. Sandoval's response to his mother telling him that she was tearing the Capitol's doors down and that there was tear gas was, "Record it." |
| Detention 1 | This is the AR-15 style rifle found during the search of Sandoval's residence. A trace was done on the firearm, and it was discovered that Sandoval purchased this rifle on January 12, 2021. This was six days after Sandoval's assaults at the Capitol and four days after the arrest of Doug Jensen, a notorious rioter from Sandoval's state that made national news. |
| Detention 2 | This is a photograph of a box of ammunition for the AR-15 style rifle that was found in a search of Sandoval's residence. |
| Detention 3 | This is a photograph of seven loaded clips of .223 ammunition for the AR-15 style rifle that was found in a search of Sandoval's residence. |
| Detention 4 | This is a photograph of two backpacks that were found in a search of Sandoval's residence. |
| Detention 5 | This is a photograph of one of the backpacks showing food, gloves, rope, and other items packed inside. |

| Detention 6 | This is a photograph of one of the backpacks showing emergency food rations, silverware, and other items inside the backpacks. |
|---|---|
| Detention 7 | This is a photograph of the interior of one of the backpacks showing clothing and additional food packed. |
| Detention 8 | This is a photograph of a burner phone purchased on January 10, 2021. The burner phone is sealed in an airtight container. |
| Detention 9 | This is a photograph of the burner phone, a $15 card to activate the telephone, and the receipt for its purchase on January 10, 2021. |
| Detention 10 | This is a photograph of Sandoval's truck on the date of his arrest, February 19, 2021. His truck has icicles on it and there is a thick layer of snow on the ground. |