UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 21-cr-00195-CKK |
| ) | |
| **SALVADOR SANDOVAL, JR.** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT SANDOVAL'S NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Salvador Sandoval, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Sentencing of this Court entered on August 7, 2023.

Dated: August 21, 2023           Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1