UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00195-CKK |
| ) | |
| SALVADOR SANDOVAL, JR. ) | |
| ) | |
| Defendant ) | |

**MOTION TO WITHDRAW AS COUNSEL**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

NOW COMES William L. Shipley and moves this Honorable Court to allow him to withdraw his appearance as counsel and appoint counsel for the following reasons:

1. Undersigned was retained for the sole purpose of handling the sentencing of Defendant Sandoval.

2. Defendant Sandoval requests this matter to be appealed; however, has not retained undersigned to handle the appeal.

3. Prior to filing this motion to withdraw, undersigned has filed a Notice of Appeal for Defendant Sandoval. *See* ECF No. 145.

WHEREFORE, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter.

Dated: August 21, 2023                    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*